IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-01226-WYD-MEH

MARVIN O. HOLLOMAN,

    Applicant,

v.

MR. JOSEPH ORTIZ, Executive Director of the Department of Corrections,

    Respondent.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    On August 16, 2006, Applicant filed a "Motion for Enlargement on Personal Recognizance or Bail Pursuant to Fed. R. Sup. Ct. 36(3)(A) and Fed. R. App. P. 23(b)(3) with Affidavit."  In the Motion, Mr. Holloman requests that this Court issue an order directing Mr. Holloman to be released on personal recognizance or bail.  The Motion is **DENIED** as premature.

    Dated:  August 22, 2006