IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-01226-WYD-MEH

MARVIN O. HOLLOMAN,

    Applicant,

v.

MR. JOSEPH ORTIZ, Executive Director of the Department of Corrections,

    Respondent.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    On November 20, 2006, Applicant filed a "Motion for Reconsideration of Request for Bond."  In the Motion, Mr. Holloman requests that this Court issue an order directing Mr. Holloman to be released on personal recognizance or bail pursuant to Rule 23 or in the alternative scheduling a hearing to resolve the matter.  The Motion is denied.  No decision has been made regarding detention or release of Applicant.

    Dated:  November 27, 2006