IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-01226-WYD-MEH

MARVIN O. HOLLOMAN,

    Applicant,

v.

MR. JOSEPH ORTIZ, Executive Director of the Department of Corrections,

    Respondent.

## **ORDER**

THIS MATTER is before the Court on Applicant's Emergency Forthwith Motion for Preliminary Injunction Pursuant to Fed. R. App. P. 23(a)(b) and Fed. R. Civ. P. 65, filed April 25, 2007 (docket #34).  The relief requested in the motion is not properly raised in these proceedings, which were initiated pursuant to 28 U.S.C. § 2254. Therefore, I find that the motion should be and hereby is **DENIED**.

    Dated:  May 3, 2007

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      U. S. District Judge