# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01226-WYD

MARVIN O. HOLLOMAN,

    Applicant,

v.

JOSEPH ORTIZ, Executive Director of the Department of Corrections, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY DISTRICT JUDGE WILEY Y. DANIEL

    On August 9, 2007, Applicant filed a "Motion for Class Action Pursuant to Fed. R. Civ. P. 23," (docket #41).  A request for certification of a class action in the instant habeas action is inappropriate.  Accordingly, the Motion is **DENIED**.

    Dated:  August 22, 2007