IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Wiley Y. Daniel

Civil Action No. 06-cv-01226-WYD

MARVIN HOLLOMAN,

    Applicant,

v.

JOSEPH ORTIZ, Executive Director of the Department of Corrections, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

## ORDER FOR STATE COURT RECORD

---

    Applicant Marvin Holloman, a prisoner in the custody of the Colorado Department of Corrections at the Sterling, Colorado, Correctional Facility, has filed an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C.§ 2254. Respondents have filed an Answer, and Mr. Holloman has filed a Reply.

    I find that the state court record is necessary for the resolution of this action. The documents submitted by parties state conflicting dates regarding the filing, denial, and appeal of Mr. Holloman's postconviction motions in state court. Without a complete record of Applicant's several attempts to challenge his conviction in the different postconviction motions that he filed in state court, I am unable to complete a review of the merits of the instant action.

    Pursuant to Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, I will direct Respondents to provide to this Court the complete record of Mr. Holloman's criminal action in Denver District Court Case No. 01CR743.

Respondents shall provide the flat file and hearing transcripts for all proceedings in the trial court and in the appellate court.  Accordingly, it is

ORDERED that Respondents shall provide to this Court **within fifteen days from the date of this Order** the complete record of Mr. Holloman's criminal case as described above in this Order.  It is

FURTHER ORDERED that the Clerk of the District Court for the City and County of Denver produce the records as described in this Order that are in their possession and provide the records to counsel for Respondents in this case for filing with this Court. It is

FURTHER ORDERED that the Clerk of this Court send a copy of this Order to both parties and to the Clerk of the District Court for the City and County of Denver, Attn: Criminal Appeals, 1437 Bannock Street, Room 256, Denver, CO 80202.

Dated:  June 5, 2008

BY THE COURT:

Ss/ Wiley Y. Daniel
WILEY Y. DANIEL
U. S. DISTRICT JUDGE